IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER,<br><br>            Plaintiff,<br><br>   vs.<br><br>OFFICER G. SMIT, BADGE #9479P, OFFICER R. CLARK, BADGE #8277, WAYNE TUCKER, in his capacity of Chief of Police for the CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CITY OF OAKLAND and Does 1 to 20,<br><br>            Defendants.<br>_____ / | No. C 06-7119 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the court, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. Please see Judge James' Standing Order: Consent to Assignment or Request For Reassignment. This form may be found on the Court's website. Plaintiff shall inform the Court as soon as possible, but no later than October 11, 2007.

IT IS SO ORDERED.

Dated: September 26, 2007



MARIA-ELENA JAMES
United States Magistrate Judge