United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | Case No. C-06-7119 MEJ |
| Plaintiff, | ORDER CONTINUING TRIAL DATE TO JULY 14, 2008 |
| vs. | |
| OFFICER G SMIT, BADGE #8479, et al., | |
| Defendants. | |
| _____/ | |

The Court hereby continues the trial originally set for May 5, 2008, to July 14, 2008.

**IT IS SO ORDERED.**

Dated: March 27, 2008

MARIA-ELENA JAMES
United States Magistrate Judge