United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | No. C 06-7119 MEJ |
| Plaintiff, | **ORDER RE: SETTLEMENT CONFERENCE** |
| vs. | **ORDER STAYING PRETRIAL AND TRIAL DATES** |
| OFFICER G. SMIT, et al., | |
| Defendants. / | |

The Court hereby ORDERS that this matter be referred to a randomly-selected magistrate judge to conduct a settlement conference within 60 days from the date of this Order. All pretrial and trial dates are STAYED pending the outcome of the settlement conference.

**IT IS SO ORDERED.**

Dated: April 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge