IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | Case No. C-06-7119 MEJ |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| vs. | |
| OFFICER G. SMIT, BADGE #8479P, et al., | |
| Defendants | |

The Court hereby sets a Status Conference in this matter for November 6, 2008, at 10:00 a.m., in Courtroom B., 15th floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 24, 2008

MARIA-ELENA JAMES
United States Magistrate Judge