IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | No. C 06-7119 MEJ |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| OFFICER G. SMIT, et al., | **ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION** |
| Defendant(s). | |

This matter is currently scheduled for a status conference on November 6, 2008. The Court hereby CONTINUES the status conference to November 13, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement by November 6, 2008. In their statement, the parties shall include proposed case management deadlines, and shall also state whether it would be beneficial to participate in a further settlement conference.

**IT IS SO ORDERED.**

Dated: October 31, 2008

MARIA-ELENA JAMES
United States Magistrate Judge