IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER,<br><br>         Plaintiff(s),<br><br>  vs.<br><br>OFFICER G. SMIT, et al.,<br><br>         Defendant(s). | No. C 06-7119 MEJ<br><br>**ORDER REQUESTING STATUS REPORT** |

Pursuant to the Court's November 6, 2008 *Further Case Management Order*, any dispositive motions in this case were to be filed by February 19, 2009. (Dkt. #23.) As neither Plaintiff nor Defendants filed a motion, the Court hereby ORDERS the parties to file a joint status report by March 12, 2009.

**IT IS SO ORDERED.**

Dated: February 27, 2009

MARIA ELENA JAMES
United States Magistrate Judge