IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | No. C 06-7119 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING PRETRIAL AND TRIAL DATES** |
| OFFICER G. SMIT, et al., | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| Defendant(s). | |

The Court is in receipt of Defendants' letter, filed March 26, 2009, regarding the Court's continuation of pretrial and trial dates in this matter. (Dkt. #27.) As it appears that Defendants' counsel has another trial scheduled to proceed on the same date as the scheduled trial in this case, the Court hereby VACATES all pretrial and trial dates. Further, the Court finds that an in-person conference with the parties would be beneficial and hereby ORDERS the parties to appear for a case management conference on April 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Prior to the cmc, the parties shall meet and confer and submit a joint report by April 9, 2009, with all dates on which they are available for trial prior to December 31, 2009.

**IT IS SO ORDERED.**

Dated: March 26, 2009

MARIA-ELENA JAMES
United States Magistrate Judge