UNITED STATES DISTRICT COURT

Northern District of California

JOHN SAUCER,

              Plaintiff(s),           No. C 06-07119 MEJ

  v.

                                          **ORDER**

OFFICER G. SMIT, ET AL.,

              Defendant(s).

_____/

This case is currently scheduled for a jury trial commencing on March 29, 2010. However, as it appears that the trial might not be able to go forward before the undersigned magistrate judge on that date, and Magistrate Judge Joseph C. Spero has indicated that he would be amenable to having the case tried before him earlier than the undersigned is currently available, the Court hereby ORDERS the parties to inform the Court whether or not they consent to reassignment of this matter to Magistrate Judge Spero for trial. If the parties so consent, the matter will be transferred. **The parties shall inform the Court of their decision by Monday, December 21 at 11:00 a.m.** The parties need not provide a chambers copy of any letter(s) filed in response to this Order.

    **IT IS SO ORDERED.**

Dated: December 15, 2009

                                                        _____
                                                        Maria-Elena James
                                                      Chief United States Magistrate Judge