# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAUCER, | ) |
| | ) Case No.  C-06-7119 MEJ |
| Plaintiff(s), | ) |
| | ) **ORDER** DIRECTING JURY |
| | ) COMMISSIONER TO FURNISH |
| vs. | ) DAILY REFRESHMENTS |
| | ) |
| OFFICER G. SMIT, et al, | ) |
| Defendant(s). | ) |
| _____ | ) |

    IT IS HEREBY ORDERED that the United States District Court Jury Comissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning Tuesday, March 30, 2010, at 10:00 a.m. for the duration of the trial, at the expense of the United States.

**IT IS SO ORDERED**.

DATED: March 24, 2010

_____
MARIA-ELENA JAMES
United States Chief Magistrate Judge