1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   25105/646578
5  Attorneys for Defendants

6  City of Oakland, Oakland Police Department
   Wayne Tucker and G. Smit
7

8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN SAUCER,                          Case No.   C 06-07119 MEJ
12
              Plaintiffs                  [PROPOSED] ORDER REGARDING
13                                        DEFENDANTS EQUIPMENT FOR TRIAL

      v.
14                                        TRIAL DATE:    March 29, 2010
   OFFICER G. SMIT, BADGE #8479P,         TIME:          10:00 a.m.
15 OFFICER R. CLARK, BADGE #8277,         JUDGE          Maria Elena James
   WAYNE TUCKER, in his capacity of Chief
16 of Police for the CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT, CITY
17 OF OAKLAND and DOES 1 TO 20

18
        IT IS HEREBY ORDERED THAT  attorneys for Defendants, the Oakland City
19
20 Attorneys Office shall be permitted to bring an cassette tape player/ compact disc player

21 to the courtroom of Magistrate Judge Maria Elena James, Courtroom B, for trial beginning

22 on March 29, 2010.

23

24 DATED:  March 25, 2010

25                                        _____
                                          Chief Magistrate Judge Maria Elena James
                                          United States District Court
26